THE PEOPLE ex rel. FREDERICK HEFFERNAN, Appellant,
*v.* JOHN MCCLAVE et al., as Police Commissioners, etc.,
Respondents.

(Argued April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made January 16, 1890,
which affirmed the decision of the defendants as police com-
missioners of the city of New York dismissing the relator
from the force.

*John M. Tierney* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

_____

THE SARATOGA GAS AND ELECTRIC LIGHT COMPANY,
Respondent, *v.* ROWLAND N. HAZARD, Appellant.

(Submitted April 28, 1890; decided May 9, 1890.)

APPEAL from order of the General Term of the Supreme
Court in the first judicial department, made December 2,
1889, which affirmed an order of Special Term denying a
motion to vacate and set aside an order of arrest.

*Moses R. Crow* for appellant.

*Ch. Francis Stone* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.